IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:**<br><br>520 SOUTH 12TH STREET #1608<br>ARLINGTON, VIRGINIA 22202 | Case No. 1:21-sw-77 |

## UNITED STATES' MOTION TO UNSEAL SEARCH WARRANT

The United States, by and through undersigned counsel, asks this Honorable Court for entry of an Order unsealing the warrant to search, as well as the application for the warrant, the affidavit in support thereof, and any other documents filed in connection with the above-captioned matter. Sealing of the materials is no longer necessary. A proposed Order is submitted herewith for the convenience of the Court.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: _____
Digitally signed by Bibeane Metsch
Date: 2021.05.02 19:59:41 -04'00'

Bibeane Metsch
Assistant United States Attorney