IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** 520 SOUTH 12TH STREET #1608 ARLINGTON, VIRGINIA 22202 | Case No. 1:21-sw-77 |

## ORDER

This matter having come before the Court on the United States' motion to unseal documents filed in the above-captioned matter, and the Court having concluded that the United States has shown good cause therefor, it is hereby

ORDERED that the warrant to search the above-captioned property, the application for the warrant, the affidavit in support thereof, and any other documents filed in connection with the above-captioned matter be unsealed.

/s/
John F. Anderson
United States Magistrate Judge

The Honorable John F. Anderson
United States Magistrate Judge

Date: May 3, 2021
Alexandria, Virginia