AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means   ☑ Original   ☐ Duplicate Original

**UNDER SEAL**

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2021 SEP -7 P 3: 27

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:21-SW-77
520 SOUTH 12TH STREET #1608 )
ARLINGTON, VIRGINIA 22202 )   **UNDER SEAL**
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____February 22, 2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____The Honorable John F. Anderson_____
*(United States Magistrate Judge)*

9/7/2021 JFA

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 02/08/2021 11:00 am     /s/ JFA
                                              John F. Anderson
                                              United States Magistrate Judge *signature*

City and state:   Alexandria, Virginia        The Honorable John F. Anderson, U.S. Magistrate Judge
                                              *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 1:21-SW-77 | Date and time warrant executed: 3/9/21 060 | Copy of warrant and inventory left with: 520 S. 12th St, #1608 |
|---|---|---|

Inventory made in the presence of: Det. Mitchell

Inventory of the property taken and name(s) of any person(s) seized:

See Attached 12

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/7/21

_____
Executing officer's signature

TFO Stacey Juvel
Printed name and title

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Taurean Venable<br>520 S 12th St #1608<br>Arlington, VA | FILE TITLE | |
| | DATE 2/9/21 | |

**DIVISION/DISTRICT OFFICE**

Washington

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Watch encrusted w/ glass | |
| 1 | bracelet encrusted w/ glass | |
| 1 | necklace encrusted w/ glass | |
| 1 | pair earings w/ glass | |
| NA | undetermined amt of US currency (pending official count) | |
| 26 | pairs of misc shoes | |
| 1 | Iphone 5 (gray) | |
| 1 | Iphone (cracked screen) | |
| 1 | alcatel flip phone | |
| 4 | Bank cards (3 VISA 1 MC) | |
| 1 | Cash Back card | |
| | Misc paperwork | |

**RECEIVED BY (Signature)** [signature]

**WITNESSED BY (Signature)** [signature]

**NAME AND TITLE (Print or Type)** [signature]

**NAME AND TITLE (Print or Type)** Stephen P. Diederich

FORM DEA-12 (8-02) Previous editions obsolete                     Electronic Form Version Designed in JetForm 5.2 Version